UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY D. DYKES,<br><br>                    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C16-5649-MAT<br><br>ORDER RE: MOTION TO STAY |

      The Commissioner filed an Unopposed Motion to Stay the Scheduling Order. (Dkt. 20.) The requested stay would allow for the preparation of a supplemental certified administrative record containing an administrative hearing transcript that was not included in the initial record. The Commissioner asserts that, once the supplemental record is prepared, the parties will move the Court to lift the stay. The Court finds the request for time to submit a complete record reasonable, but more appropriately considered as a request for an extension of time, rather than a stay. Accordingly, the construed motion for an extension of time (Dkt. 20) is herein GRANTED.

      It is further hereby ORDERED that the Commissioner shall file the supplemental certified administrative record on or before **July 14, 2017**; plaintiff shall filed the Opening Brief **thirty (30)**

ORDER
PAGE - 1

**days** after the submission of the supplemental record; the Commissioner shall file a Responsive Brief **thirty (30) days** after the filing of the Opening Brief; and plaintiff may file a Reply Brief **fourteen (14) days** after the filing of the Responsive Brief. If the Commissioner is unable to meet the deadline for the submission of the supplemental certified administrative record, the Court will remand this matter to the Commissioner to allow for the preparation of a complete record.

DATED this 14th day of April, 2017.

Mary Alice Theiler
United States Magistrate Judge